

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VICENTE CASTRO,<br><br>Defendant. | Case No.  25-MJ-6155<br><br>ORDER OF DETENTION |

I.

On October 7, 2025, Defendant Jose Vicente Castro made his initial appearance on the Criminal Complaint filed in this matter. Robert Bernstein, a member of the Indigent Defense Panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Claire Kelly.

1  Defendant submitted on the recommendation of detention in the report prepared by
2  U.S. Probation and Pretrial Services Office.

4  ☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case
5  allegedly involving a narcotics or controlled substance offense with maximum
6  sentence of ten or more years.

7  ☒ On motion by the Government or on the Court's own motion [18 U.S.C.
8  § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

9  The Court concludes that the Government is entitled to a rebuttable
10  presumption that no condition or combination of conditions will reasonably assure
11  the defendant's appearance as required and the safety or any person or the
12  community [18 U.S.C. § 3142(e)(2)].

## II.

14  The Court finds that no condition or combination of conditions will
15  reasonably assure: ☒ the appearance of the defendant as required.
16  ☒ the safety of any person or the community.

## III.

18  The Court has considered: (a) the nature and circumstances of the offense(s)
19  charged, including whether the offense is a crime of violence, a Federal crime of
20  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
21  or destructive device; (b) the weight of evidence against the defendant; (c) the history
22  and characteristics of the defendant; and (d) the nature and seriousness of the danger
23  to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered
24  the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ unstable residence
- ☒ partially verified background information
- ☒ outstanding federal probation warrant issued in June 2025, and history of prior revocation.
- ☒ history of failures to appear
- ☒ history of substance use

As to danger to the community:

- ☒ allegations in the criminal complaint include racketeer influenced corrupt organizations conspiracy, and conspiracy to possess with intent to distribute controlled substances, and defendant is alleged to be involved in drug trafficking, possession of firearms and planning to kidnap a another gang member.
- ☒ Criminal History includes felony convictions for distribution of methamphetamine and conspiracy to distribute controlled substances, and misdemeanor convictions for grand theft, vehicle theft, reckless driving, multiple convictions for driving with a suspended license, evading a peace officer, vandalism, assault with great bodily harm, false checks, possession of burglary tools, and extensive law enforcement contacts for multiple failures to appear and probation violations.
- ☒ outstanding federal probation warrant issued in June 2025, and history of prior revocation.
- ☒ history of substance use
- ☒ alleged gang membership

3

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 7, 2025

                                                     /s/
                                         ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE